November 18, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

TAMMY DEWOLF, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TERRY SEAN DEWOLF AND AS NEXT FRIEND OF CHRISTINA DEWOLF, AMANDA DEWOLF, AND KAITLYN DEWOLF, Appellant

NO. 14-13-00778-CV                    V.

RICHIE KOHLER, OCEANIC VENTURES, INC., M/V JOHN JACK, A&E TELEVISION NETWORKS, ITI HOLDINGS, INC., AND LAMARTEK, INC. D/B/A/ DIVE RITE, Appellees

_____

This cause, an appeal from the judgment signed July 25, 2013 in favor of appellees Richie Kohler, Oceanic Ventures, Inc., M/V John Jack, A&E Television Networks, ITI Holdings, Inc., and Lamartek, Inc. d/b/a/ Dive Rite, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Tammy DeWolf, Individually and as Personal Representative of the Estate of Terry Sean DeWolf and as Next Friend of Christina DeWolf, Amanda DeWolf, and Kaitlyn DeWolf, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.